## Commonwealth *v.* Daves, Appellant.

Submitted September 20, 1973. *Harold L. Randolph,* and *Nix and Randolph,* for appellant; *James T. Ranney, Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davis, Appellant.

Argued September 19, 1973. *Sharon K. Wallis,* for appellant; *David Richman,* with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.